IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY BECK,
    Plaintiff,

v.                                                                            CV No. 19-401 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,
    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on *Defendant's First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 22), filed December 19, 2019. In the Motion, Defendant Commissioner requests a thirty-day extension to file a Response to Plaintiff's *Motion to Remand*, (Doc. 21). (Doc. 22). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until January 22, 2020, to file a Response to Plaintiff's *Motion to Remand*, and Plaintiff shall have until February 5, 2020, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE