# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KIMBERLY BECK,

    Plaintiff,

v.                                                                                                     CV No. 19-401 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant Andrew Saul's *Second Unopposed Motion for Extension of Time* (the "Motion") (Doc. 24), filed January 22, 2020. In the Motion, Defendant Commissioner requests a thirty-day extension of time to file a Response to Plaintiff Kimberly Beck's *Motion to Reverse and/or Remand*, (Doc. 21). (Doc. 24). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until February 21, 2020, to file a Response to Plaintiff's *Motion to Reverse and/or Remand*, and Plaintiff shall have until March 6, 2020, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE